THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* STAFFORD HENDRIX, Appellant.

(Submitted April 12, 1915; decided April 27, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 13, 1914, which dismissed an appeal from a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of petit larceny.

*Wilbur Fisk Hendrix* for appellant.

*James C. Cropsey*, District Attorney (*Hersey Egginton* and *Harry G. Anderson* of counsel), for respondent.

Order affirmed; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.